**Order entered November 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00206-CV

### H. JONATHAN COOKE, ET AL., Appellants/Cross-Appellees

### V.

### ROBERT C. KARLSENG, ET AL., Appellees/Cross-Appellants

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-06-02783-L**

## ORDER

Before the Court is cross-appellants' October 31, 2018 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **November 20, 2018**.

/s/    ADA BROWN
          JUSTICE